IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Atlantic Recording Corporation, et al., | CV 06-00622HG-BMK |
| Plaintiff(s), | |
| vs. | |
| Oliver Haiola aka Kimo Oliver Haiola, | |
| Defendant(s) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 11, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 3, 2007.



/S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge

cc: all parties of record

Due for Adoption: 05/26/2007